Thomas F. Gallagher (Cal. State Bar No. 246856)
Troy B. Krich (Cal. State Bar No. 262566)
GALLAGHER KRICH, APC
3033 Fifth Avenue, Suite 222
San Diego, California 92103
Tel: (858) 926-5797
Fax: (858) 435-4369
Attorneys for Defendants
FIREBAUGH TIRE, LLC, LEO MARIN, and CESAR MARIN

ROBERT J. ROMERO (SBN 136539)
rromero@hinshawlaw.com
ROBERT G. LEVY (SBN 81024)
rlevy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070
Attorneys for Plaintiff
ACCEPTANCE CASUALTY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACCEPTANCE CASUALTY INSURANCE COMPANY, A NEBRASKA CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>FIREBAUGH TIRE, LLC, a California company and as successor-in-interest to the general partnership FIREBAUGH TIRE; CESAR MARIN dba FIREBAUGH TIRE, an individual; LEO MARIN dba FIREBAUGH TIRE, an individual; MARIA GUTIERREZ, individually and as successor-in-interest to Omar Gutierrez, deceased; VICTOR ARREAOLA, an individual and DOES 1-50, inclusive,<br>            Defendant. | Case No. 1:23-cv-00275-NODJ-SKO<br><br>**STIPULATION EXTENDING DEFENDANTS FIREBAUGH TIRE, LLC, LEO MARIN, AND CESAR MARIN DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Doc. 26)** |

Plaintiff Acceptance Casualty Insurance Company ("Plaintiff") and Defendants Firebaugh

Tire, LLC, Leo Marin and Cesar Marin ("Defendants") (collectively "the Parties"), through their counsel of record stipulate as follows:

## RECITALS

1. Plaintiff filed the Complaint initiating this action on November 06, 2023.

2. Defendants executed a Waiver of Service of Summons on January 18, 2024. As a result deadline to respond to the Complaint was February 20, 2024, pursuant to Rule 12 of the FRCP.

3. Defendants have asked for additional time to respond to the Complaint. Plaintiff is agreeable to the extension.

4. This is the Parties' first request for an extension of the foregoing deadline. The extension will not affect any other scheduled deadlines. The Parties do not anticipate the need for a further extension.

## STIPULATION

The Parties hereby stipulate that Firebaugh Tire, LLC, Leo Marin and Cesar Marin's deadline to file a responsive pleading to Plaintiff's Complaint is extended from February 20, 2024, to March 11, 2024.

Dated: February 27, 2024         GALLAGHER KRICH, APC
                                 By: /s/ Troy Krich
                                 THOMAS F. GALLAGHER
                                 TROY B. KRICH
                                 Attorneys for Defendants
                                 FIREBAUGH TIRE, LLC, LEO MARIN, and
                                 CESAR MARIN

Dated: February 27, 2024         HINSHAW & CULBERTSON LLP
                                 By: /s/ Robert Levy
                                 HINSHAW & CULBERTSON LLP
                                 ROBERT J. ROMERO
                                 ROBERT G. LEVY
                                 Attorneys for Plaintiff
                                 ACCEPTANCE CASUALTY INSURANCE
                                 COMPANY

## **SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Robert Levy, counsel for Plaintiff, for the filing of this stipulation.

/s/ Troy Krich_____

TROY B. KRICH

## **ORDER**

The Court having reviewed the foregoing Stipulation (Doc. 26), and good cause appearing, IT IS HEREBY ORDERED that Defendants Firebaugh Tire, LLC, Leo Marin and Cesar Marin are granted an extension of time to file their Answer to Plaintiffs' Complaint, up to and including, March 11, 2024.

IT IS SO ORDERED.

Dated:   **March 6, 2024**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE